## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE **James Orenstein**    DATE: **7/14/10**

DOCKET NUMBER **10 CR 6 (RJD)**    LOG #: **4:00 - 4:34**

DEFENDANT'S NAME: **Luis Frank Tello Candelo**
    ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL: **Heidi Cesare**
    ✓ Federal Defender    ___ CJA    ___ Retained

A.U.S.A: **Bonnie Klapper**    DEPUTY CLERK: **K. DiLorenzo**

INTERPRETER: **Francisco Olivares**    (Language) **Spanish**

_____ Hearing held.    _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.    Code Type___    Start___    Stop___

✓ Order of Speedy Trial entered.    Code Type___    Start **7/14**    Stop **8/13**

✓ Defendant's first appearance.    ✓ Defendant arraigned on the indictment.

✓ Attorney Appointment of ✓ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for **8/13/10 @ 10am** before Judge **Dearie**

OTHERS: _____